

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| GILBERT ARCIDES, | § | No. 08-22-00046-CV |
|  | § |  |
| Appellant, | § | Appeal from the |
|  | § |  |
| v. | § | 143rd District Court |
|  | § |  |
| RAUL ANGEL ROJAS AND | § | of Reeves County, Texas |
| DEEPWELL ENERGY SERVICES, LLC, |  |  |
|  | § | (TC# 20-01-23349-CVR) |
| Appellee. | § |  |
|  | § |  |

## **O R D E R**

The Court GRANTS the Appellee's second motion for extension of time within which to file the brief until **February 25, 2023.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jessica Z. Barger, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before February 25, 2023.

IT IS SO ORDERED this 7th day of February, 2023.

PER CURIAM

Before Rodriguez, C.J., Palafox, and Soto, JJ.